USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/11/2024_

Law Offices of
# Donald J. Yannella
A NY Professional Corporation
**Email:  nynjcrimlawyer@gmail.com**
**Tel:  (212) 226-2883**
**Fax:  (646) 430-8379**

**135 Prospect Street**                                              **299 Broadway, Suite 800**
**Ridgewood, NJ  07450**                                          **New York, NY  10007**
                                                                              (Preferred mailing address)

October 9, 2024

Hon. Victor Marrero
United States District Judge
500 Pearl Street
New York, NY 10007.

      Re:    United States v. Elizabeth Tapia
              24 Cr 216 (VM)

Dear Judge Marrero:

      I am defense counsel for Elizabeth Tapia, who is scheduled to be sentenced on October 18, 2024.  With the consent of AUSA Jerry Fang, I respectfully request that the sentence be adjourned for sixty days.

      The original sentence date was August 9, 2024, and one prior request for an adjournment has been granted.  An adjournment is necessary to complete the Presentence Report and file sentencing submissions.

      Thank you for your courtesy and attention to this matter.

Sincerely,

/s/

Donald J. Yannella, Esq.



Request **GRANTED.**

The Court hereby adjourns the sentencing
scheduled for October 18, 2024, until
January 3, 2025, at 11:00am.

**SO ORDERED.**

10/11/2024
DATE                              VICTOR MARRERO, U.S.D.J.