USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

       - against -

ELIZABETH TAPIA,

            Defendant.

**24 Cr. 216 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

With the parties' consent, defendant Elizabeth Tapia's sentencing currently scheduled for January 3, 2025, is hereby adjourned until January 31, 2025, at 10:00 a.m.

**SO ORDERED.**

Dated:    16 December 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.