UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Judgment Creditor,

v.

ELIZABETH TAPIA,

        Judgment Debtor,

and

CITY OF NEW YORK DEFERRED
COMPENSATION PLAN,

        Respondent.

24-CR-0216 (VM)

**PUBLIC FILING**

## ANSWER OF THE RESPONDENT

I, _Elizabeth Krupa_ (name), the _Deputy Assistant Counsel_ (title) of the Respondent _City of New York Deferred Compensation Plan_, state under penalty of perjury as follows:

RESPONDENT IS (choose one):
[ ] An individual doing business in the name of _____.
[ ] A partnership, [ ] LP, [ ] LLP or [ ] LLC
[ ] A corporation, organized under the laws of the State of _____.
[X] retirement plan

I acknowledge receipt of the United States' request that Respondent waive service of a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena under Rules 4-4.1 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Respondent by:

[ ] facsimile at (___) ___-_____ and/or
[ ] e-mail at _____ and/or
[X] first class mail at _22 Cortlandt St. 28th floor, New York, NY 10007_

On _October 14_, 2025, Respondent received a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena. At the time of service, Respondent had in its possession or control, the following property of the judgment debtor:

    1.    **Financial Accounts**

**Account 1**
Type: _401(k)_
No.: _____
Title owner(s): _Elizabeth Tapia_
Amount: $ _125,404.12_

**Account 2**
Type: _____
No.: _____
Title owner(s): _____
Amount: $ _____

| **Account 3** | **Account 4** |
|---|---|
| Type:_____ | Type:_____ |
| No.:_____ | No.:_____ |
| Title owner(s): _____ | Title owner(s): _____ |
| Amount: $_____ | Amount: $_____ |

For any pension or retirement plan, produce a copy of the governing plan document detailing terms and conditions for eligibility to withdraw funds.

2. **Safety Deposit Box**

   Box No.: _____
   Last accessed: _____
   Owners other than the judgment debtor:

   _____
   _____

3. Detail other personal property in the respondent's possession, custody, or control:

_____

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony? [ ] Yes or [ ] No; if the answer is yes, describe below (case number, state, county):

_____

5. Does the respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest? [ ] Yes or [ ] No If the answer is yes, describe below:

_____.

**IF RESPONDENT DENIES HOLDING PROPERTY SUBJECT TO RESTRAINT:**

6. Check and complete the applicable line below:

   [ ] Respondent has the following objections, defenses, or set-offs:

   _____

   [ ] On the date the respondent was served with the notice, the respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the judgment debtor has an interest.

RESPONDENT mailed a copy of this Answer by first-class mail to:

(1) the judgment debtor, _Elizabeth Tapia_, at _5139 Pine Tree Lane Pocono Summit, PA 18346_

(2) the Clerk of Court, United States Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

(3) USAO-SDNY-FLP, 86 Chambers Street, 3ird Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 20th EK day of October, 2025.

_Elizabeth Krpa_ (Signature)    Elizabeth Krpa (Print Name)

Title: Deputy Assistant Counsel

Address: 22 Cortlandt St. 28th Floor

City, State, Zip: New York, NY 10007

Telephone and Fax Numbers: 212-306-7646

Email: ekrpa@nyceplans.org

STATE OF NY
COUNTY OF NY

Subscribed and sworn to before me this 20TH day of October, 2025.

_____ Notary Public Signature

My Commission expires: 6-4-2026 (Seal)

JIMMY WIGFALL II
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WI6376150
Qualified in Bronx County
My Commission Expires 06-04-2026

JW
06-04-2026