USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/14/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Judgment Creditor,

v.

ELIZABETH TAPIA,

Judgment Debtor,

and

THE CITY OF NEW YORK DEFERRED COMPENSATION FUND,

Respondent.

24 CR 216 (VM)

**STIPULATION AND TURNOVER ORDER**

WHEREAS, the Court entered judgment against ELIZABETH TAPIA in the total amount of $22,100 (comprised of a $100 special assessment and $11,000 in restitution, and a $11,000 forfeiture money judgment);

WHEREAS, the Clerk of Court has received payments totaling $8,956.49, which satisfied the special assessment and part of the restitution, but no payments have been made toward the forfeiture money judgment;

WHEREAS, as of June 18, 2026, the unpaid restitution balance is $2,143.51, and the unpaid forfeiture balance is $11,000;

WHEREAS, the United States of America served a Restraining Notice and Subpoena on Respondent, THE CITY OF NEW YORK DEFERRED COMPENSATION FUND ("NYCDCP"), for substantial nonexempt property belonging to or due the Judgment Debtor, ELIZABETH TAPIA;

WHEREAS the NYCDCP answered stating that it holds retirement funds with an approximate value of more than $125,000, subject to market fluctuation belonging to ELIZABETH TAPIA;

WHEREAS, pursuant to 18 U.S.C. § 3613, notwithstanding any other federal or state law, the restitution order is a lien on all property and rights to property of the defendant;

WHEREAS it appears that ELIZABETH TAPIA has a substantial nonexempt interest in approximately $125,000 in her 401(k) Plan account held by the NYCDCP, such property is eligible for immediate lump sum withdrawal, and subject to turnover pursuant to 18 U.S.C. § 3613(a) and N.Y. CPLR § 5225(b); and

WHEREAS the parties have agreed to satisfy the restitution and forfeiture judgment balances from the funds held by the NYCDCP;

IT IS HEREBY ORDERED that Respondent, the NYCDCP, shall liquidate securities in the 401(k) Plan account in the name of ELIZABETH TAPIA as needed to submit a cashier's check, money order, or certified funds in the following amounts toward her judgment debts:

a. Payment of the sum certain amount of $2,143.51 to satisfy the restitution shall be made payable to "Clerk of Court" with "No. 24 CR 216" written on the face of the payment delivered or mailed to the Clerk of Court, United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier;

b. Payment of the sum certain amount of $11,000 to satisfy the forfeiture judgment shall be made payable to "United States Customs and Border Protection" with "No. 24 CR 216" written on the face of the payment delivered or mailed to the United States Attorney's Office, 26 Federal Plaza, 38th Floor, New York, New York 10278, Attn: Illicit Finance and Money Laundering Unit; and

c. After submitting the above-ordered payments, the NYCDCP shall release the account from restriction and restore access to the remaining funds to the account holder.

STIPULATED AND AGREED:

June 28 2026
New York, New York

JAY CLAYTON
United States Attorney

Elizabeth Tapia
ELIZABETH TAPIA
*Judgment Debtor*

Melissa A Childs
MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED.

Date: July 14, 2026
New York, New York

VICTOR MARRERO
United States District Judge